**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **NORRIS WILLIAMS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **VS.** | : | **NO. 5:26-cv-00090-MTT-CHW** |
| | : | |
| **UNITED STATES OF** | : | |
| **AMERICA,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Plaintiff Norris Williams, a federal prisoner in Miami FCI in Miami, Florida, filed a complaint under the Federal Tort Claims Act, 28 U.S.C. § 1346(b).  He also moved to proceed *in forma pauperis*.  ECF No. 2.

The Court has reviewed Plaintiff's motion to proceed *in forma pauperis* and finds it is incomplete.  A prisoner or pretrial detainee seeking leave to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint."  28 U.S.C. § 1915(a)(1)-(2).  Plaintiff failed to submit a **certified** copy of his trust fund account statement.

Accordingly, Plaintiff is **ORDERED** to either pay the $405.00 filing fee or submit a proper motion to proceed without the prepayment of the filing fee, which should

include a certified copy of his trust fund account statement. Plaintiff should be aware that even if the Court grants his motion to proceed *in forma pauperis*, he will owe the full filing fee, and it will be deducted from his prison trust fund account in accordance with the Prison Litigation Reform Act.  *See* 28 U.S.C. § 1915(b)(1).  The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate *in forma pauperis* forms.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to comply.  If Plaintiff does not timely and fully comply with this Order, this action will be dismissed.   Plaintiff is further **ORDERED** to notify the Court immediately in writing of any change of address and his failure to do so may result in dismissal of this action.

**SO ORDERED and DIRECTED**, this 7th day of April, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

2